```
EBONY ANGELIQUE HARDY       JACOB LAW GROUP             RIVERBEND UTILITIES
1224 29TH ST                P.O. BOX 948                110 S WILSON BLVD
APT H31                     OXFORD, MS 38655            GULFPORT, MS 39503
GULFPORT, MS 39501


THOMAS C. ROLLINS, JR.      JANUARY TECHNOLOGIES        SMILE DOCTORS
THE ROLLINS LAW FIRM, PLLC  176 GRAND ST, 4TH FL        8910 LORRAINE ROAD
P.O. BOX 13767              NEW YORK, NY 10013-9998     GULFPORT, MS 39503
JACKSON, MS 39236


AFFIRM, INC.                JEFFERSON CAPITAL SYST      SUNBIT FINANCIAL
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
650 CALIFORNIA ST           200 14TH AVE E              PO BOX 24010
FL 12                       SARTEKK, MN 56377           LOS ANGELES, CA 90024
SAN FRANCISCO, CA 94108


ALLIANCE RECEIVABLES        KASHABLE LLC                SYNCB
4850 E STREET RD            ATTN: BANKRUPTCY DEPT       ATTN: BANKRUPTCY
STE 300                     489 5TH AVE                 PO BOX 965065
FEASTERVILLE, PA 19053      18TH FLOOR                  ORLANDO, FL 32896
                            NEW YORK, NY 10017


AMEX                        LAB CORP OF AMERICA         VELOCITY INVESTMENT
BANKRUPTCY                  P.O. BOX 2240               1800 NJ-34
PO BOX 981535               BURLINGTON, NC 27216        #404A
EL PASO, TX 79998                                       WALL TOWNSHIP, NJ 07719


AT&T                        NAVY FCU                    ZWICKER & ASSOCIATES,
PO BOX 64378                ATTN: BANKRUPTCY            80 MINUTEMAN RD
SAINT PAUL, MN 55164-0378   P.O.BOX 3000                ANDOVER, MA 01810-1008
                            MERRIFIELD, VA 22119


COAST ELECTRIC POWER        NELNET
18020 HWY 603               PO BOX 82561
KILN, MS 39556              LINCOLN, NE 68501


CREDIT COLLECTION SERV      PORTFOLIO RECOVERY
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
725 CANTON ST,              120 CORPORATE BLVD
NORWOOD, MA 02062           NORFOLK, VA 23502


GOLDMAN SACH'S              RADIUS GLOBAL SOLUTION
P.O. BOX 45400              PO BOX 390846
SALT LAKE CIT, UT 84145     MINNEAPOLIS, MN 55439
```