WWR# 042095208

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

| | |
|---|---|
| IN RE: | CASE NO. 26-50101 |
| EBONY ANGELIQUE HARDY | CHAPTER 7 |
| | JUDGE KATHARINE M. SAMSON |
| DEBTOR(S) | |

## REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Mar'Nay Stewart
Mar'Nay Stewart
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 3rd day of February, 2026 addressed to:

THOMAS CARL ROLLINS JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

ZACHARY S WESSLER SR, Trustee
1806 23RD AVE STE A
GULFPORT, MS 39501

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

EBONY ANGELIQUE HARDY
1224 29TH ST APT H31
GULFPORT, MS 39501

                                    Respectfully submitted,
                                    Weltman, Weinberg & Reis Co. LPA

                                    /s/ Mar'Nay Stewart
                                    Mar'Nay Stewart
                                    Agent for Creditor
                                  5990 West Creek Rd Suite 200
                                    Independence, OH 44131
                                    877-338-9484
                                    BNK-LegalSupport@weltman.com