Certificate Number: 17082-MSS-DE-040642404

Bankruptcy Case Number: 26-50101



17082-MSS-DE-040642404

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 20, 2026, at 10:20 o'clock AM MST, EBONY A HARDY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  February 20, 2026

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director