United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                              Case No. 26-50101-KMS

Ebony Angelique Hardy                                                                 Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                   User: admin                                         Page 1 of 2

Date Rcvd: May 12, 2026                          Form ID: 318                                    Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony Angelique Hardy, 1224 29th St, Apt H31, Gulfport, MS 39501-6211 |
| 5615056 | + | Coast Electric Power, 18020 Hwy 603, Kiln, MS 39556-8487 |
| 5615068 | + | Riverbend Utilities, 110 S Wilson Blvd, Gulfport, MS 39503-3432 |
| 5615069 | + | Smile Doctors, 8910 Lorraine Road, Gulfport, MS 39503-4176 |
| 5615072 | | Velocity Investment, 1800 NJ-34, #404A, Wall Township, NJ 07719 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5615055 | | EDI: LCIICSYSTEM | May 12 2026 23:35:00 | AT&T, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5615052 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 12 2026 19:38:22 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5615053 | + | Email/Text: kristin.villneauve@allianceoneinc.com | May 12 2026 19:33:00 | Alliance Receivables, 4850 E Street Rd, Ste 300, Feasterville, PA 19053-6643 |
| 5615054 | + | Email/PDF: bncnotices@becket-lee.com | May 12 2026 19:38:22 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5615057 | + | EDI: CCS.COM | May 12 2026 23:35:00 | Credit Collection Serv, Attn: Bankruptcy, 725 Canton St,, Norwood, MA 02062-2679 |
| 5615058 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 12 2026 19:33:00 | Goldman Sach's, P.O. Box 45400, Salt Lake Cit, UT 84145-0400 |
| 5615060 | | Email/Text: legal@january.com | May 12 2026 19:33:00 | January Technologies, 176 Grand St, 4th Fl, New York, NY 10013-9998 |
| 5615059 | ^ | MEBN | May 12 2026 19:32:16 | Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 5615061 | + | EDI: JEFFERSONCAP.COM | May 12 2026 23:35:00 | Jefferson Capital Syst, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5615062 | | Email/Text: bankruptcy@kashable.com | May 12 2026 19:33:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 5615063 | | Email/Text: govtaudits@labcorp.com | May 12 2026 19:33:00 | Lab Corp of America, P.O. Box 2240, Burlington, NC 27216 |
| 5615064 | + | EDI: NFCU.COM | May 12 2026 23:35:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5620279 | + | Email/Text: BKRMailOps@weltman.com | May 12 2026 19:33:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |
| 5615065 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

District/off: 0538-6      User: admin      Page 2 of 2

Date Rcvd: May 12, 2026      Form ID: 318      Total Noticed: 24

| | | | | |
|---|---|---|---|---|
| | | | May 12 2026 19:33:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5615066 | | EDI: PRA.COM | | |
| | | | May 12 2026 23:35:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5615067 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | May 12 2026 19:33:00 | Radius Global Solution, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5615070 | | Email/Text: bankruptcy@sunbit.com | | |
| | | | May 12 2026 19:33:00 | Sunbit Financial, Attn: Bankruptcy, Po Box 24010, Los Angeles, CA 90024 |
| 5615071 | + | EDI: SYNC | | |
| | | | May 12 2026 23:35:00 | Syncb, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5615073 | | Email/Text: bkfilings@zwickerpc.com | | |
| | | | May 12 2026 19:34:00 | Zwicker & Associates,, 80 Minuteman Rd, Andover, MA 01810-1008 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131-2191 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Ebony Angelique Hardy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ebony Angelique Hardy** | Social Security number or ITIN   **xxx–xx–5276** |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:   **26–50101–KMS**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Ebony Angelique Hardy**
aka Ebony A Hardy

Dated: 5/12/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---